IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

APRIL TAYLOR,
        Plaintiff,

v.                                         Civil Action No. 3:18-cv-00502-JAG

VIRGINIA EMPLOYMENT COMMISSION,
        Defendant.

## ORDER

This matter comes before the Court on its own initiative. On July 31, 2018, the Court granted the plaintiff's Motion for Leave to Proceed *in forma pauperis* and directed the plaintiff to file an amended complaint within twenty-one (21) days. (Dk. No. 4.) The Court also warned the plaintiff that failure to comply strictly with the listed requirements would result in dismissal of the case. The plaintiff failed to file an amended complaint. On August 30, 2018, the Court extended the plaintiff's time, again directing the plaintiff to file an amended complaint within twenty-one (21) days. (Dk. No. 6.) The deadline for the plaintiff to file an amended complaint has passed. Accordingly, the Court DISMISSES the case WITH PREJUDICE.

Should the plaintiff wish to appeal this Order, she must file written notice of appeal with the Clerk of Court within thirty (30) days of the date of this Order. Failure to file a notice of appeal within this period may result in the loss of the right to appeal.

It is so ORDERED.

Let the Clerk send a copy of this Order to the pro se plaintiff via U.S. Mail.

Date: September 26, 2018
Richmond, Virginia

/s/
John A. Gibney, Jr.
United States District Judge